# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL VERMEYCHUK,

          Petitioner

          v.

PENNSYLVANIA PUBLIC UTILITY
COMMISSION,

          Respondent

: No. 369 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal and Application for Leave to File a Reproduced Record are **DENIED**.